UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| RONALD D. FRANS,<br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br>    Defendant. | No. 2:18-CV-4<br><br>HONORABLE PAUL L. MALONEY |

# JUDGMENT

In accordance with the Order entered on this date, and pursuant to Federal Rule of Civil Procedure 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

Date: July 16, 2019                /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge